

FILED

MAY 10 2019

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BILL LIETZKE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BIRMINGHAM, et al.,<br><br>Defendants. | Cause No. CV 19-61-M-DLC<br><br><br>ORDER |
| BILL LIETZKE,<br><br>Plaintiff,<br><br>vs.<br><br>GREYHOUND LINES, INC.,<br><br>Defendant. | Cause No. CV 19-62-M-DLC<br><br><br>ORDER |
| BILL LIETZKE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF MONTGOMERY, et al.,<br><br>Defendants. | Cause No. CV 19-63-M-DLC<br><br><br>ORDER |

| | |
|---|---|
| BILL LIETZKE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF MONTGOMERY, et al.,<br><br>Defendants. | Cause No. CV 19-64-M-DLC<br><br><br>ORDER |
| BILL LIETZKE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF MONTGOMERY, et al.,<br><br>Defendants. | Cause No. CV 19-65-M-DLC<br><br><br>ORDER |

On April 19, 2019, the Court ordered Plaintiff Lietzke to show cause why he should not be designated a vexatious litigant. He responded on May 6, 2019, but did not provide a reason not to designate him a vexatious litigant.

Accordingly, IT IS ORDERED:

1. Lietzke is a vexatious litigant in this District.

2. The clerk shall open a miscellaneous civil file titled "In re Bill Lietzke." This Order shall be filed as the first document. The Order of April 19, 2019, shall be attached.

3. Any document received from Lietzke shall be placed in the MCV file and

reviewed by a District Judge. The judge will decide only whether Lietzke may proceed in the District of Montana. If he may, the clerk will open a new civil file. If he may not, Lietzke's submission will be disregarded, and no new action will commence.

4. Lietzke's complaints in these five civil actions are DISMISSED. The clerk shall enter in each, by separate document, a judgment of dismissal.

5. Pursuant to Fed. R. App. P. 24(a)(4)(B), the Court CERTIFIES that any appeal from dismissal of these five civil actions would not be taken in good faith. This certification does not extend to the vexatious litigant designation.

DATED this 10th day of May, 2019.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court